UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-775 DSF (RZx) | Date | 3/12/13 |
|---|---|---|---|
| Title | Mary Susan Schaefer v. MRV Communications, Inc. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (In Chambers) Order to Show Cause re Sanctions for Violation of Court's Standing Order

On March 11, 2013, Jon G. Daryanani filed a document titled Notice of Unavailability stating that - from March 12 through March 18, 2013 - he "will be unavailable for any purpose whatsoever, including but not limited to receiving notice of any kind, responding to *ex parte* applications, appearing in court or attending depositions. This Court's Standing Order, filed in this case on February 3, 2012, provides:

> **20.  "Notice of Unavailability"**
> While the Court expects that counsel will conduct themselves appropriately and will not deliberately schedule Court or other proceedings when opposing counsel are unavailable, a "Notice of Unavailability" has no force or effect in this Court. Such documents should not be filed.

The filing of the Notice of Unavailability violates this Court's Standing Order. Moreover, to the extent the Notice was meant to communicate with the Court, it is inappropriate. Counsel lacks the authority to usurp the Court's control of its own docket. Moreover, Loeb & Loeb's website indicates it is a firm with more than 300 attorneys, and the docket identifies April Szabo as an additional "Lead Attorney" for Defendant. The Court is confident Loeb & Loeb can find a way to represent the Defendant, even in the absence of Mr. Daryanani.

Mr. Daryanani is ordered to show cause in writing no later than March 27, 2013

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

why he should not be sanctioned in the amount of $250 payable to the Clerk of the Court for violation of this Court's Standing Order.  Payment of $250 to the Clerk of the Court by March 27 will be a sufficient response to this Order to Show Cause.

    IT IS SO ORDERED.