JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARY SUSAN SCHAEFER,          )      Case No.: CV 12-775 DSF (RZx)
                             )
            Plaintiff,        )
                             )
      vs.                     )      JUDGMENT
                             )
MRV COMMUNICATIONS, INC.,     )
                             )
            Defendant.        )
                             )
_____       )

     The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that summary judgment be entered in favor of the defendant,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that the defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

     3/14/13

Dated: _____          _____
                                        Dale S. Fischer
                                   United States District Judge